**VILLAGE OF OSHKOSH, NEB., a Municipal Corporation, et al., Plaintiffs in Error, v. STATE OF NEBRASKA ex rel. McGRAW CO., Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
June 9, 1927.

No. 7621.

In Error to the District Court of the United States for the District of Nebraska; Joseph W. Woodrough, Judge.

Frank A. Dutton, of Oshkosh, Neb., for plaintiffs in error.

Carl E. Herring and Dressler & Neely, all of Omaha, Neb., for defendant in error.

Before BOOTH, Circuit Judge, and FARIS and DAVIS, District Judges.

BOOTH, Circuit Judge. The questions involved in this case are identical with those in the case of Village of Oshkosh, Nebraska, v. State of Nebraska ex rel. Fairbanks, Morse & Co., 20 F.(2d) 621, decided this day. The rulings in that case are controlling here.

The order for a peremptory writ of mandamus is affirmed.